**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

|  |  |  |
|---|---|---|
| APRIL MILLS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 1:26-CV-36 (LAG) |
| | : | |
| CORPORATION OF MERCER | : | |
| UNIVERSITY, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

Before the Court is Defendant's Motion to Dismiss Plaintiff's Complaint (Doc. 3). Plaintiff initiated this action on March 12, 2026, by filing a Complaint. (Doc. 1). Defendant filed a Motion to Dismiss on April 14, 2026. (Doc. 3). On April 17, 2026, Plaintiff filed an Amended Complaint. (Doc. 5); *see also* Fed. R. Civ. P. 15(a)(1)(B). Defendant then filed an Answer on May 1, 2026. (Doc. 6).

"An amended complaint . . . moots '[a] motion to dismiss the original complaint because the motion seeks to dismiss a pleading that has been superseded." *Tholen v. Rachals, et al.*, No. 1:25-CV-114 (LAG), 2026 WL 897367, at *1 n.2 (M.D. Ga. Mar. 31, 2026) (quoting *Whitfield v. Selene Fin. LP*, No. 5:24-CV-00153-TES, 2024 WL 4113534, at *1 (M.D. Ga. Sept. 6, 2024)). Accordingly, Defendant's Motion to Dismiss Plaintiff's Complaint (Doc. 3) is **DENIED as moot**.

**SO ORDERED**, this 4th day of May, 2026.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE
UNITED STATES DISTRICT COURT**